UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Deshawn K. Nunley,

    Defendant.

Case: 4:23-cr-20352
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis
Filed: 06-21-2023

Violation:
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

1. On or about May 10, 2023, in the Eastern District of Michigan, defendant, Deshawn Nunley, after having been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, and knowing that he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed, in and affecting commerce, a firearm, that is, a Glock, Model 22 Gen 4, .40 caliber, semi-automatic pistol.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d) and 28 U.S.C. § 2461

2. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. Upon conviction of the offense charged in Count One of this Indictment, Defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461, any firearm or ammunition involved in said offense including but not limited to: a Glock, Model 22 Gen 4, .40 caliber, semi-automatic pistol, s/n: TCS685, and ammunition.

4. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

                      THIS IS A TRUE BILL
                      *s/*GRAND JURY FOREPERSON
                      GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/*ANTHONY VANCE
ANTHONY VANCE
Chief, Branch Offices

*s/*BLAINE LONGSWORTH
BLAINE LONGSWORTH
Assistant United States Attorney

Dated:  June 21, 2023

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]:<br>☐Yes ☑No | AUSA's Initials: BL |

**Case Title:** USA v. Deshawn K. Nunley

**County where offense occurred:** Genesee

**Offense Type:** Felony

Indictment -- **no** prior complaint

### Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:** _____

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

June 21, 2023
Blaine

s/BLAINE LONGSWORTH

Blaine Longsworth
Assistant United States Attorney
600 Church Street
Flint, MI 48502
blaine.longsworth@usdoj.gov
(810) 766-5177
Bar #: P55984

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.